**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 2 0 2020

JAMES W. McCORMACK, CLERK
By:_____

DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IDA JOHNSON, and
IDA DO MY STUFF CLEANING, LLC                                   PLAINTIFFS

Vs.                    CASE NO. 4:20-cv-1253-LPR

ABF FREIGHT SYSTEM, INC.                                         DEFENDANT

### COMPLAINT

Now comes the Plaintiff, Ida Johnson, by and through her counsel Lloyd W. "Tre'", and for her Complaint states:

1. Plaintiff Ida Johnson is an individual resident of Pulaski County Arkansas.

2. Plaintiff Ida Do My Stuff Cleaning LLC is a domestic limited liability company organized under the laws of the State of Arkansas. Ida Do is wholly owned by one member, Ida Johnson.

3. Defendant ABF Freight System, Inc. is a domestic for profit corporation organized under the laws of the State of Arkansas. Service may be obtained by serving the agent for service of process, the Corporation Service Company at 300 S. Spring St., Suite 900, Little Rock AR 72201.

4. The events complained of herein occurred in Pulaski County Arkansas.

5. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(1).

6. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1367.

I.  Facts

7. Ida Johnson was initially contracted for janitorial services by Mr. Jim Franklin, shop manager, on December 22, 2009.

This case assigned to District Judge Rudofsky
and to Magistrate Judge Harris

8. In January 2010, Mr. Franklin attempted to kiss Ms. Johnson. She rebuffed his advances, and explained that she was married and not interested in him. Mr. Franklin apologized to her and never repeated his behavior toward her.

9. The parties entered into a contract for cleaning services in 2011. *See attached* Exhibit #1.

10. That contract provided that either party must give 90-days notice to terminate the contract.

11. Sometime in early 2018, Mr. Franklin was promoted and moved to their Fort Smith facility. Shortly thereafter, David Haley took over as shop manager—which is when things changed.

12. By May 2018, the new supervisor, Mr. Allen, told her that he didn't want the Plaintiff to clean his office anymore. He stated that he didn't "like the smell you leave behind you".

13. Plaintiff pressed him for what he meant and he went on to say that "you people just smell different than what we do".

14. When she again asked to whom he was referring, he stated, "you know, black people."

15. After being unable to immediately report the incident to Mr. Haley, Ida contacted Mr. Jim Franklin to advise him of the issue. Someone overheard her speaking by phone to Mr. Franklin, and advised Mr. Haley of same. She was then called into Mr. Haley's office. He harshly advised her that he was only a contract employee and her contract could be ended "in a heartbeat". He went on to tell her that it would be in her best interest to not report incidents to Jim Franklin, and reminded her that Arkansas is a "no-fault" state.

16. A few weeks later, Mr. Haley instructed her that her list of cleaning duties had been increased, materially changing the terms of the controlling contract. When she inquired as to whether her pay would increase, Mr. Haley told her that she would perform the added duties without an increase in her contract, or they would find someone who would.

17. Shop hands were washing a truck and sprayed Plaintiff down with the water hose. A supervisor witnessed the incident and commented to Ida that all the shop hand act like kids. She went to speak with Mr. Haley about it and he told her he would visit with her when he had time. He didn't visit with her before leaving work that day and she left a note on his desk reminding him that she wanted to visit with him. He avoided visiting with her and went on vacation.

18. Sometime in June 2019, she arrived at work to find paper, soda cans, cups, glass bottles, leaves throughout the hallway, and the rope she refers to as a noose.

19. When he returned from vacation, Mr. Haley called her in and asked what the hell her problem was. Before she could respond, he stepped out of the room and returned with his supervisor, Mr. Milk. Ida explained that she was needing to speak with him to ask him to address the racial and sexual harassment situation she was dealing with. Mr. Haley told her that "it was all in my head and things were getting out of hand with me. I needed to get myself together and go on before I be gone."

20. Ida commented that they have the upper hand because they are white. Mr. Haley replied, "yes, they do! Now you have a choice—clean it up and go about your day or file formal complaint." He went on to advise her against filing a complaint, advising her to just "let it go".

21. Early 2020, another supervisor, Mr. Smitty, began stopping her to tell her inappropriate jokes, typically of a sexual nature. She repeatedly asked that he stop but his behavior

and comments continued. She eventually spoke with Mr. Haley about it and he advised that he would "talk to him about it".

22. Another incident occurred when she was cleaning an area and two employees she identifies as Mike Abbott and Mr. Joseph began watching a YouTube video on Mr. Abbott's personal cell phone. The video was a white police officer who stopped a black man, and repeatedly used racial slurs during the stop. When she asked why they were playing the video in her presence, Mr. Abbott "got up like he was going to hit me". Joseph caller her a "black bitch" and asked why she was in the room. Mr. Abbott said, "Nigger, I will do what the hell I want to do. Quit, nigger." When the incident was reported to Mr. Haley, he called both Ida and Mr. Abbott into his office. Ida explained her side of the story and Mr. Abbott never said a word.

23. The next day, Ida was called back to Mr. Haley's office where he asked her what she wanted him to do about yesterday's incident. Before she could reply, he again reminded her that she was not an ABF employee, simply a contract worker, and again strongly advised her against filing a formal complaint. Thereafter, Mr. Abbott would routinely call her names, use racial slurs toward her, and curse her when he saw her. She says that he routinely followed her around in the building to bully and harass her.

24. It was also during this time that someone began leaving messages in human excrement on the walls. The messages said, "Nigger go away!! Who are you going to tell!"

25. She was also accosted by an ABF employee after she had agreed to clean his home as a side job. When he came to the facility to pay her, he slapped her on the butt when he handed her the check and he reeked of alcohol.

26. Plaintiff also indicated that she was sexually harassed as she walked past groups of men in the facility and they would comment about whether she was good in bed, how she was

walking (throwing that thing..), and that "once you go black, you never go back." And comments about how of course Ms. Ida likes money; all blacks like money.

27. She also had an incident with an individual named Virgil who approached her and asked "why do you blacks always play the victim and all the white are responsible." Around the same time, Virgil and a black employee almost got into a physical altercation. Ida got between them to prevent it. This resulted in Virgil getting in her face and saying, "Black bitch, I did not need your help. I am tired of you people! You need to be at home having babies or mopping floors somewhere else."

28. One of Ida's employees, who was an African American man, who assisted her in cleaning was constantly called "Bubba" rather than by his given name.

29. Another employee of ABF named Dewayne told her to take her black ass and find a new job. When she and Dewayne were called to Mr. Haley's office, Dewayne apologized and then hugged her and walked out of the office. Shortly thereafter, Dewayne spoke to her again asking, "Nigger, when are you leaving?"

30. Ida began altering her work hours to avoid dealing with the harassment. She has text messages from Mr. Haley who refused to write up an incident report when she injured her shoulder.

31. When COVID arrived in the spring of 2020, she was tested and quarantined for two weeks. Mr. Haley refused to let her return and had already hired a replacement.

32. The Defendant's termination of the contract violated the terms of the contract.

## COUNT I
## BREACH OF 42 U.S.C. §1981

33. Plaintiffs restate and incorporate the preceding paragraphs as if set forth herein verbatim.

34. Plaintiffs had an existing contractual relationship with the Defendant.

35. The Defendant terminated the Plaintiffs' contract on the basis of her race.

36. This adverse action by the Defendant caused the Plaintiffs to be unable to enjoy the terms of the contract in question due to Ms. Johnson's race.

37. The Defendant's racially motivated actions have proximately caused damages to the Plaintiffs.

## COUNT I
## BREACH OF CONTRACT

38. Plaintiffs restate and incorporate the preceding paragraphs as if set forth herein verbatim.

39. The parties entered into a contract.

40. Plaintiffs performed all aspects of the contract.

41. The Defendant breached the contract by changing the Plaintiffs' cleaning responsibilities, and by not giving the Plaintiffs 90-days notice to end the contract.

42. As a result of the Defendant's breach, the Plaintiffs have been damaged.

WHEREFORE, Plaintiffs prays compensatory damages in an amount sufficient to compensate her for the damages sustained due to the Defendant's actions, in excess of the minimum amount for Federal Diversity of Citizenship Jurisdiction ($75,000), punitive damages in excess of the minimum amount for Federal Diversity of Citizenship Jurisdiction ($75,000), attorney's fees, costs, and all other just and proper relief.

Respectfully Submitted:

Lloyd W. "Tre" Kitchens, ABN 99075
The Brad Hendricks Law Firm

500C Pleasant Valley Drive
Little Rock, AR 72227
Phone 501-221-0444 Fax 501-661-0196
Email: tkichens@bradhendricks.com

## VERIFICATION

I have read the above and foregoing and it is true and correct to the best of my knowledge and belief. Wherein I set my hand and seal this 8th day of ~~September~~ October, 2020.

_____
Ida Johnson

**STATE OF ARKANSAS** )
                       ) §§
**COUNTY OF PULASKI**  )

Sworn to and subscribed before me, a Notary Public, on this 8th day of ~~September~~ October, 2020.

_____
NOTARY PUBLIC

My Commission Expires:

02/10/2024

ROBIN G. MORGAN
MY COMMISSION # 12397611
EXPIRES: February 10, 2024
Saline County

Ida Do My Stuff Cleaning LLC
10709 Excalibur DR
Little Rock AR 72209
501-247-7180 cell
501-562-6993 office
501-565-1926 fax

        This is a renewal for janitorial service agreement between
                        A B F Freight System, Inc
                          3100 Springhill Drive
                            N. Little Rock. AR
                        501-945-9874- office

Service too be prefrom seven days a week for three years with a 10% pay raise
Each year beginning 1/25/2011 thou 1/25/ 2014.



Ida Do My Stuff Cleaning LLC
10709 Excalibur DR
Little Rock AR 72209
501-247-7180 cell
501-562-6993 office
501-565-1926 fax
Vendor-

This is a renewal for janitorial service agreement between
A B F Freight System, Inc
3100 Springhill Drive
N. Little Rock. AR
501-945-9874- office

Service too be prefrom seven days a week for three years with a 10% pay raise
1/25/2011 thou 1/25/ 2014 ~~& at this time~~ will Automatically Renew unless Either Partys must give 90 day Notice to quit.

Cleaning / Supplies

A B F Freight System will furnish all materials equipment necessary to perform required cleaning services. Toilet tissue, hand soap, paper towels, mops, disinfectant, trash cans liner ECT.

Contract Vendor/ Protection of work and property agreement

10. Vendor agrees to purchase and maintain bond insurance, general liability and workman's compensation. Contractor shall not subcontract any of the services specified in this agreement. Vendor shall take all necessary precautions to prevent the theft or damage of materials, tools, equipment, personal property and any other items from the building being serviced. Only assigned employees will or should have access to facility during work hours only. All personnel will be in Ida! Do my stuff uniforms'. Employees are not permitted to use computer equipment or telephones.  No drinking/illegal drug allowed on client property all employees will be background check & random drug tested. Any employee violating these guidelines we will help to prosecuted to the flush under state law. $2,900 monthly

Vendor...signature................date 1-25-11

Client...signature................date 1-25-11

## Cleaning List for A B F Maintence Shop

1. Clean & Disinfectant all restrooms upstairs & downstairs, dust mop & mop front entranceway Clean glass doors & offices windows. Mop hallways, clean doorframes, remove cobwebs, dead bugs,  (restock tissue, hand soap, paper towels, bar soap - (when need.)

2. Shop/ Remove inside trash daily replace liner

3. Offices/ sweep & mop floors daily, (with office mop only & clean water) clean glass window. Pull trash. Mondays & Wednesdays dust & polish all wood furniture, vacuum all upholstered furniture. Clean blinds, dust doorframes & knobs, clean desk & wall art, windows seals. Remove cobwebs/ dead bugs,

4. Lobby/ keep time clock area clean, sweep & mop, clean wall, clean and sanitize water fountains. Vacuum floor mats,     (daily)

5. Break room/ clean all tables to remove marks & stains, clean floors to remove gum, grease, oil stains, clean inside and outside of microwave oven, clean dust of outside of refrigerator, clean inside windows, pull & replace liners. Restock table's napkins'.     (Daily)

6. Shower/bathroom/ sweep mop floors, clean shower station walls, keep clean & sanitize. Pull & replace trash liner. Restock, wall soap, toilet tissue, hand soap, paper towels,   (daily)

7. Two/ Stairs & handrails/ sweep & mop, clean and sanitize handrails, remove cobwebs,

8. During the pollen season/ we will mop the area to keep the building free of green pollen.

### Communications

9. Monthly I will meet with the shop superintendent to (deceases any concoson) or special requests and/ or suggestions with regard to cleaning services. Contractor will agree to promptly respond to all reasonable requests and suggestions.